JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. SANTOS FIGUEROA SANCHEZ, | ) | Case No. ED CV 16-1774 FMO (MRW) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting in Part and Rejecting in Part Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner denying benefits is reversed, and the action is remanded to the Commissioner for further proceedings. On remand, the Commissioner shall: (1) reassign the case to another Administrative Law Judge ("ALJ"); (2) credit plaintiff's testimony; (3) credit the opinions of plaintiff's treating physicians, including the opinion of the Dr. R. Puri; and (4) allow plaintiff to supplement the medical record if he wishes to. The ALJ shall then reassess plaintiff's residual functional capacity and proceed through step four and, if necessary, step five to determine what work, if any, plaintiff is capable of performing. Within the foregoing analysis, the ALJ shall consider whether plaintiff meets any applicable listings (e.g., 1.04, 12.04 and 12.06) and, with the assistance of a vocational expert, analyze the physical and mental demands of plaintiff's past relevant work.

Dated this 19th day of July, 2018.

/s/
Fernando M. Olguin
United States District Judge